## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Carolina Seafood, Inc. - South,

                                Debtor.

Case No. 09-03165-dd

**DISCLOSURE STATEMENT**

Chapter 11

## TABLE OF CONTENTS

| Section | | Page |
|---|---|---|
| **1. INTRODUCTION** | | 3 |
| A. | Disclaimer | 3 |
| B. | Description of Voting | 3 |
| **2. HISTORY** | | 4 |
| A. | Pre-Chapter 11, Cause of Chapter 11 | 4 |
| B. | Operations Since Commencement of Chapter 11 | 5 |
| **3. FINANCIAL DATA** | | 5 |
| A. | Description of Current Assets | 5 |
| B. | Estimate of Current Value | 5 |
| C. | Anticipated Future Profitability | 5 |
| D. | Source of Information | 6 |
| E. | Present Financial Condition of Debtor | 6 |
| F. | Summary of Claims | 6 |
| G. | Estimate of Return in Chapter 7 | 6 |
| H. | Accounting Methods in Disclosure Statement | 6 |
| I. | Collectability of Accounts Receivable | 6 |
| J. | Financial Data | 6 |
| **4. SUMMARY OF CHAPTER 11 PLAN** | | 6 |
| A. | Summary of Plan | 7 |
| B. | Identification of Future Management | 8 |
| C. | Statement of Plan Implementation | 8 |

    **D.**    **Estimate of Professional Fees** ……………………………………………… 9

**5.**    **RISKS**……………………………………………………………………………… 9

    **A.**    **To Creditors** ……………………………………………………………… 9
    **B.**    **Equity Security Holders** ………………………………………………… 9

**6.**    **LITIGATION AND TAX MATTERS** ………………………………………… 9

    **A.**    **Actual or Proposed Value of Voidable Preference** ………………………… 9
    **B.**    **Pending or Contemplating Litigation** …………………………………… 9
    **C.**    **Tax Consequences of Plan** ……………………………………………… 9
    **D.**    **Tax Consequences of Chapter 7** ………………………………………… 9

**7.**    **IDENTIFICATION OF DEBTOR AND AFFILIATES' RELATIONSHIP** …………… 10

**8.**    **DISCLOSURE OF TRANSACTIONS WITH INSIDERS** ………………………… 10

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Carolina Seafood, Inc. – South,

                                        Debtor.

Case No. 09-03165-dd

Chapter 11

### 1.    INTRODUCTION

Carolina Seafood, Inc. – South ("Carolina Seafood, Inc. - South"), debtor-in-possession in the above-captioned case (the "Chapter 11 case") provides this Disclosure Statement to all of its known creditors pursuant to Section 1125 of the United States Bankruptcy Code (11 U.S.C. Sections 101, et seq.) (the "Bankruptcy Code"). The purpose of this Disclosure Statement is to provide such information as may be deemed material, important, and necessary for the creditors of Carolina Seafood, Inc. - South to make a reasonably informed decision in exercising their right to vote for the acceptance of the Plan of Reorganization of Carolina Seafood, Inc. - South (the "Plan"). The Plan is filed concurrently by Debtor, and accompanies this Disclosure Statement.

### A.    Disclaimer

**NO REPRESENTATIONS CONCERNING CAROLINA SEAFOOD, INC. - SOUTH (PARTICULARLY AS TO THE FUTURE BUSINESS OPERATIONS OR THE VALUE OF ASSETS OF CAROLINA SEAFOOD, INC. - SOUTH OR THE VALUE OF ANY SECURITIES OF ASSETS OF CAROLINA SEAFOOD, INC. - SOUTH) ARE AUTHORIZED OTHER THAN AS SET FORTH IN THIS DISCLOSURE STATEMENT**

### B.    Description of Voting

The Court will set a date at a later time for a hearing on the acceptance of the Plan and at that time creditors may vote on the Plan by completing the Ballot mailed with Notice of Hearing and mailing the Ballot to the Bankruptcy Court. As a creditor, your vote is important. The Plan can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in dollar amount

3

and more than one-half (1/2) in number of creditor claims in each class <u>voting on the Plan</u>.

In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. This procedure is called the "Cram-Down", and may be utilized to force dissenting classes of creditors to accept a Plan of Reorganization.

### 2.    HISTORY

#### A.    Pre-Chapter 11, Cause of Chapter 11

#### CAROLINA SEAFOOD, INC. – SOUTH

Carolina Seafood, Inc. - South was formed in 1999 as a vehicle through which its sole shareholder, Michael Kern, acquired seven existing Long John Silver fast-food restaurants from (franchisor) LJS Corporation in North and South Carolina. The performance of these restaurants, for the first four years after their purchase, exceeded *pro-forma* forecasts.

As part of the purchase of the seven units from LJS Corporation, LJS Corporation required Carolina Seafood, Inc. – South, commit to building new restaurants in order to enter the franchise system.  Carolina Seafood, Inc. – South committed to build an additional three restaurants, in addition to the seven it purchased. The first restaurant constructed under this program achieved financial forecasts from the start; but the next two, located in Gaffney and Greenville, South Carolina, did not, and operated from inception at a loss.

LJS Corporation attempted to dilute the impact of the two losing restaurants in 2008 by selling Carolina Seafood, Inc. – South, an additional five corporate owned-restaurants at a significantly discounted price.  While of assistance, the softening of the national economy that began in 2008 accelerated the cash losses in the Gaffney and Greenville restaurants to a total of $240K in 2009. As a result, Carolina Seafood, Inc. – South, could no longer support this drain on overall cash flow and so filed Chapter 11 in February 2010 in order to reject the leases to in the Gaffney and Greenville locations, close those restaurants.

The remaining 13 restaurants continue to generate positive cash flow and are able to service the S Corporation's secured debt.

#### CAROLINA SEAFOOD, INC. – TENNESSEE

4

Carolina Seafood, Inc. - TN was formed in 2008 as a vehicle through which its sole shareholder, Michael Kern, acquired from LJS Corporation five existing LJS restaurants in Tennessee. Performance of these restaurants has exceeded their *pro-forma* forecasts in 2008 and 2009. In fact, this TN S Corp has performed so well it was able to advance $80,000 to Carolina Seafood, Inc. – South, during 2009 to offset the losses being incurred by its Gaffney and Greenville, SC restaurants. Carolina Seafood, Inc. – TN, remains in a strong financial position and is comfortably servicing its secured debt.

### B.    Operations Since Commencement of Chapter 11

Since the commencement of the Chapter 11 Case, Carolina Seafood, Inc. – South's management has instituted continuing profitably-enhancing changes to its operations, most especially with the rejection of, and the closing of, its two unprofitable stores in Gaffney and Greenville, South Carolina. Carolina Seafood, Inc. – South, has, since the commencement of this Case, been able to operate profitably.

Monthly reports of Carolina Seafood, Inc. – South, are on file with the Bankruptcy Court. You are encouraged to review them if you have any questions concerning operations since the commencement of this Case.

### 3.    FINANCIAL DATA

**A.    Description of Physical Assets:** The current physical assets of Carolina Seafood, Inc. – South, consist of the property set forth in Exhibit A hereto. The actual value of Carolina Seafood, Inc. - South is in its continuing franchise operations in North and South Carolina.

**B.    Estimate of Current Value:** The tangible assets of Carolina Seafood, Inc. – South, are set forth in Exhibit A, hereof: it has chosen to present these assets at cost, as the value of the company lies in its franchises, and its continued business.

**C.    Anticipated Future Profitability:** Carolina Seafood, Inc. – South, has developed, with its Certified Public Accountants, what it believes are accurate and representative financial projections for the life of its Plan of Reorganization: they are set forth in Exhibit B hereto, and include the merger of Carolina Seafood, Inc. – South, into Carolina Seafood, Inc. – Tennessee.

5

### D.   Source of Information

> EXCEPT WHERE SPECIFICALLY STATED OTHERWISE, THE DISCLOSURE STATEMENT HAS BEEN PREPARED BY CAROLINA SEAFOOD, INC. - SOUTH AND HAS BEEN PREPARED BASED ON INFORMATION AVAILABLE TO CAROLINA SEAFOOD, INC. - SOUTH. IT HAS NOT BEEN SUBJECT TO AN AUDIT.

**E.   Present Financial Condition of Debtor:** Carolina Seafood, Inc. - South's current Chapter 11 Balance Sheet is as set forth in Exhibit C hereto. Management of Carolina Seafood, Inc. - South believes that it is an accurate representation of the Company's financial status, inclusive of all Chapter 11 debt.

**F.   Summary of Claims:** Attached as Exhibit D hereto is a detailed summary of the filed, and unfiled, claims of creditors of Carolina Seafood, Inc. – South.

**G.   Estimate of Return in Chapter 7:** Because of the nature of Carolina Seafood, Inc. - South's business, the management of Carolina Seafood, Inc. - South believes that there would be no return over the claims of the lien creditors of Carolina Seafood, Inc. - South in a Chapter 7 for the general, unsecured creditors; and, in all probability no dividend available to the Estate's priority creditors.

**H.   Accounting Methods in Disclosure Statement:** Carolina Seafood, Inc. - South has used the Accrual method of accounting in presenting this disclosure statement.

> THE INFORMATION CONTAINED HEREIN HAS NOT BEEN SUBJECT TO A CERTIFIED AUDIT. THOUGH GREAT EFFORT HAS BEEN MADE TO BE ACCURATE, CAROLINA SEAFOOD, INC. - SOUTH IS UNABLE TO WARRANT OR REPRESENT THAT THE INFORMATION CONTAINED HEREIN IS WITHOUT ANY INACCURACY

**I.   Collectability of Accounts Receivable:** There are no accounts receivables known by management to be owed to Carolina Seafood, Inc. - South.

**J.   Financial Data:** Attached hereto as Exhibit B are Carolina Seafood, Inc. - South's five-year projections for its profitability. Management has chosen to presume a level annual inflation rate of both income and expenses of 2% per annum; and has projected no growth in its business, to attempt to present the most conservative assumptions possible.

### 4.   SUMMARY OF CHAPTER 11 PLAN

6

A.   **Summary of Plan:**

| Class | Amount | Treatment | Impairment |
|---|---|---|---|
| I | $964,342, $1,639,573, $46,341.00 And $15,097.08 | Secured claims paid pursuant to their terms: indebtedness assumed by Carolina Seafood, Inc. – Tennessee | Unimpaired |
| II | $0 | Paid in Chapter 11 | Unimpaired |
| III | Believed to be less than $75,000 | Paid in Full upon Approval of Court. | Unimpaired |
| IV | Believed to be less than $25,000.00 | Paid in Full on Effective Date | Unimpaired |

| V | Franchise Fees | Paid pursuant to settlement agreement | Unimpaired |
|---|---|---|---|
| VI | Assumed Leases | Paid pursuant to (a) settlement agreement, or (b) brought current | Unimpaired |
| VII | Assumed Executory Contracts | Paid full amount of claim, in ordinary course of business. Arrearages paid from current profits. | Unimpaired |
| VIII | Under $30,000 | Unsecured Convenience Paid in full on Disbursement Date | Unimpaired |
| IX | $272,407 | Receives $4,000 each, plus Class A Notes for 90% of claim (payable over 60 months in equal installments) | Impaired |
| X | $770,262.41 | Receives $4,000 each; plus Class A Notes for $221,400 (payable over 60 months in equal installments); plus Class B Note for $160,000(payable over 60 months in equal installments); total payment equal to 50% of Claim | Impaired |
| XI | Approximately $350,000.00 | Indebtedness Converted to Common Stock | Impaired |
| XII | $103,487.09 | Expunged – paid Nothing | Impaired |
| XIII | Interests | Expunged | Impaired |

**B.      Identification of Future Management:** Mr. Michael P. Kern shall continue as Chief Executive Officer of Carolina Seafood, Inc. – South, and (upon its merger into Carolina Seafood, Inc. – TN) continue to serve as the merged company's Chief Executive Officer.

**C.      Statement of Plan Implementation:** The Debtor shall, as soon as practical after the Effective Date, prepare and distribute Notes to the all allowed unsecured claims; shall, as soon as practical after the Effective Date, distribute the new stock and cancel its old stock; shall commence challenging all appropriate claims; shall take such steps as are necessary to substitute Carolina Seafood, Inc. – TN as the Debtor and Lessor on all security agreements and leases, and shall ensure that Carolina Seafood, Inc. – TN effects the merger of Carolina Seafood, Inc. – South into it effective January 1, 2011. Carolina Seafood, Inc., - South

8

and Carolina Seafood, Inc. – TN, pledge all future income to payment of the Plan.

**D.     Estimate of Professional Fees:** It is believed that professional fees shall not exceed $75,000.00 in total.

## 5.     RISKS

**A.     Creditors:** The unsecured creditors of Carolina Seafood, Inc. - South risk loss of the entire balance due them if Carolina Seafood, Inc. - South were to not complete the payments it contemplates under the Plan of Reorganization. This risk, however, is identical to the same risk presently facing those unsecured creditors, if the case were to convert to Chapter 7 or be liquidated under the laws of the State of South Carolina. The risk facing the unsecured creditors, accordingly, under this Chapter 11 is identical to that which would face them under a Chapter 7 proceeding, or outside of bankruptcy.

**B.     Equity Security Holders:** The equity security holders under the proposed Plan will not have any future ownership in Carolina Seafood, Inc. – South, except through their stock ownership in Carolina Seafood, Inc. – TN.  The Chapter 11 Plan presents a risk to the equity security holders that the projected income of Carolina Seafood, Inc. - South does not meet projections; that is no greater a risk than is not already present.

## 6.     LITIGATION AND TAX MATTERS

**A.     Actual or Proposed Value of Voidable Preference:** There are no known preferences to be pursued by Carolina Seafood, Inc. – South.

**B.     Pending or Contemplating Litigation:** There is no contemplated litigation by Carolina Seafood, Inc. – South.

**C.     Tax Consequences of Plan:** There are no known adverse tax consequences to confirmation of Carolina Seafood, Inc. - South's proposed Plan of Reorganization. The merged Carolina Seafood, Inc. - TN shall, perforce, by payment of its creditors' claims, accede to the Chapter 11 Estate's negative tax attributes.

**D.     Tax Consequences of Chapter 7:** There are no known adverse tax consequences to a Chapter 7 of the Debtor.

### 7.    IDENTIFICATION OF DEBTOR AND AFFILIATES' RELATIONSHIP

Carolina Seafood, Inc. - South has a franchisor-franchisee relationship with LJS Corporation. Michael P. Kern is also the owner of some of the real estate and warehouse leased to Carolina Seafood, Inc. – TN, and the sole shareholder of Carolina Seafood, Inc. – TN. Mr. Kern has guaranteed various of the debts of Carolina Seafood, Inc. – South, and various of the leases of both Carolina Seafood, Inc. – South and Carolina Seafood, Inc. - TN.

### 8.    DISCLOSURE OF TRANSACTIONS WITH INSIDERS

Carolina Seafood, Inc. - TN leases from Michael P. Kern some of its restaurants in Tennessee. The rental is at a fair market value.

CAROLINA SEAFOOD, INC. - SOUTH

By: _____
   Michael P. Kern
   Its: Chief Executive Officer
   617 Brixton Circle
   Simpsonville, SC 29681

ANDERSON & ASSOCIATES, P.A.

By: _____
   Robert F. Anderson, Attorney
   for Debtor-in-Possession
   District Court ID #1091
   P.O. Box 76, Columbia, SC  29202-0076
   (803) 252-8600 phone; (803) 256-0950 fax
   bob@andersonlawfirm.net

Columbia, South Carolina
June **23** , 2010

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Carolina Seafood, Inc. - South, Inc.,

Debtor.

Case No. 09-03165-dd

Chapter 11

## EXHIBIT A

| Store # | Location | State | Description | Date In Service | Cost |
|---|---|---|---|---|---|
| **8069** | **Garner Road** | **SC** | Ice machine | 8/6/01 | 2,400 |
| | | | Roof | 1/1/05 | 3,622 |
| | | | New Compressor | 5/10/05 | 2,022 |
| | | | Sunbrella | 11/7/05 | 1,218 |
| | | | LI Rooftop AC/Heat | 1/9/06 | 5,290 |
| | | | Freezer | 10/13/06 | 1,294 |
| | | | Sign faces | 3/16/07 | 600 |
| | | | Signs | 3/23/07 | 1,400 |
| | | | POS Machine | 3/27/07 | 5,553 |
| | | | Furn Remodel | 11/15/07 | 47,818 |
| | | | Supression System | 12/5/07 | 3,920 |
| | | | Furn Fix Remodel | 3/31/08 | 10,218 |
| | | | Rethmalizer | 9/17/08 | 685 |
| | | | Menu Board | 11/3/08 | 390 |
| | | | | | 86,430 |
| **8070** | **Oak St** | **NC** | Street equipment | 5/22/01 | 606 |
| | | | Fast Track Timer | 6/3/04 | 2,101 |
| | | | Fast Track Timer | 6/3/04 | 2,101 |
| | | | Furn Package | 2/24/05 | 102,741 |
| | | | LIMP | 9/11/05 | 33,031 |
| | | | Condenser | 9/20/06 | 5,817 |
| | | | RSI | 9/26/07 | 1,333 |
| | | | Ice machine | 11/27/07 | 3,462 |
| | | | UFPC | 4/11/08 | 2,627 |
| | | | Menu Boards in & DT | 4/16/08 | 5,151 |
| | | | Sign | 5/7/08 | 1,050 |
| | | | Rethmalizer | 8/30/08 | 874 |
| | | | Menu Board | 11/3/08 | 390 |

11

|      |          |    | Hot Water Heater | 10/23/09 | 2,550 |
|------|----------|----|------------------|----------|-------|
|      |          |    |                  |          | 163,834 |
|      |          |    |                  |          |       |
| 8071 | Biltmore | NC | Wall paper       | 9/10/03  | 1,430 |
|      |          |    | Rest Equip       | 9/1/03   | 115,939 |
|      |          |    | Fire Safety Equip | 9/2/03  | 1,046 |
|      |          |    | Cash Register    | 9/10/03  | 25,443 |
|      |          |    | Glass            | 9/10/03  | 309 |
|      |          |    | Alarm System     | 9/10/03  | 2,495 |
|      |          |    | Stainless Steal  | 9/10/03  | 452 |
|      |          |    | Filing Cab       | 9/10/03  | 509 |
|      |          |    | Bldg Improv      | 9/10/03  | 6,914 |
|      |          |    | Bldg Improv      | 9/10/03  | 6,110 |
|      |          |    | Bldg Improv      | 9/10/03  | 113,873 |
|      |          |    | BIMP             | 9/10/03  | 481 |
|      |          |    | BIMP             | 9/10/03  | 2,277 |
|      |          |    | Parking lot      | 9/15/03  | 9,650 |
|      |          |    | Office Equipment | 9/15/03  | 300 |
|      |          |    | Hot water Disp   | 1/31/07  | 742 |
|      |          |    | Delfield Prep Table | 3/23/07 | 1,601 |
|      |          |    | POS Machine      | 3/27/07  | 5,553 |
|      |          |    | Rethmalizer      | 9/19/08  | 866 |
|      |          |    | Menu Board       | 11/3/08  | 390 |
|      |          |    | Awning           | 7/3/09   | 665 |
|      |          |    | Remodel          | 12/12/09 | 96,994 |
|      |          |    |                  |          | 394,039 |
|      |          |    |                  |          |       |
| 8072 | Brevard  | NC | Mach & Equip     | 12/17/99 | 66,667 |
|      |          |    | FF Package       | 12/27/99 | 23,333 |
|      |          |    | TV               | 4/26/00  | 201 |
|      |          |    | TV               | 4/26/00  | 201 |
|      |          |    | Food Bar         | 6/20/02  | 1,022 |
|      |          |    | Fast Track Timer | 6/3/04   | 2,301 |
|      |          |    | Hot Water Heater | 1/3/05   | 1,687 |
|      |          |    | Signage          | 4/26/05  | 745 |
|      |          |    | Freezer Compressor | 12/9/05 | 2,554 |
|      |          |    | Sign Face        | 2/7/06   | 882 |
|      |          |    | POS Machine      | 3/27/07  | 5,553 |
|      |          |    | Furn Fix Update  | 7/25/08  | 68,645 |
|      |          |    | Sign             | 8/12/08  | 777 |
|      |          |    | Rethernmalizer   | 9/18/08  | 855 |
|      |          |    | Menu Board       | 11/3/08  | 390 |
|      |          |    | Awning           | 10/15/09 | 1,691 |

|        |          |     |                        |          | 177,504 |
|--------|----------|-----|------------------------|----------|---------|
| **8073** | **Patton** | **NC** | Machinery           | 12/27/99 | 24,710  |
|        |          |     | TV                     | 5/10/00  | 768     |
|        |          |     | Menu Board             | 10/31/00 | 5,015   |
|        |          |     | Co Brand               | 9/30/01  | 2,861   |
|        |          |     | Ansul System           | 10/31/01 | 823     |
|        |          |     | Architect              | 10/31/01 | 3,600   |
|        |          |     | Beverage               | 10/31/01 | 2,911   |
|        |          |     | Bldg Imprv             | 10/31/01 | 116,969 |
|        |          |     | Capital Equip          | 10/31/01 | 453     |
|        |          |     | Furniture              | 10/31/01 | 65,374  |
|        |          |     | Lot Striping           | 10/31/01 | 1,540   |
|        |          |     | Registers              | 10/31/01 | 21,370  |
|        |          |     | Awning                 | 10/31/01 | 7,977   |
|        |          |     | Land improv            | 10/31/01 | 1,025   |
|        |          |     | Signage                | 10/31/01 | 850     |
|        |          |     | Stainless              | 10/31/01 | 687     |
|        |          |     | Various Equip          | 10/31/01 | 65,374  |
|        |          |     | Windows                | 10/31/01 | 778     |
|        |          |     | Ave Equip              | 11/18/01 | 453     |
|        |          |     | Ave Equip              | 11/19/01 | 200     |
|        |          |     | Ave Seatin             | 5/30/02  | 1,050   |
|        |          |     | Ave Fast Track Timer   | 4/1/04   | 2,131   |
|        |          |     | Fryers                 | 4/8/05   | 1,000   |
|        |          |     | POS Machine            | 3/27/07  | 5,553   |
|        |          |     | Manitowoc Quite Cube   | 2/14/08  | 3,585   |
|        |          |     | UFPC                   | 4/22/08  | 5,508   |
|        |          |     | Rethermalizer          | 9/20/08  | 860     |
|        |          |     | Menu Board             | 11/3/08  | 390     |
|        |          |     | Prep Table             | 10/27/09 | 1,607   |
|        |          |     |                        |          | 345,422 |
| **8074** | **4 Season** | **NC** | Mach & Equip        | 12/27/99 | 66,667  |
|        |          |     | Rooftop Heater         | 12/11/00 | 8,840   |
|        |          |     | POS Machine            | 3/27/07  | 5,552   |
|        |          |     | Furn Remodel           | 10/31/07 | 65,236  |
|        |          |     | Leasehold Imp- Remodel | 10/31/07 | 38,683  |
|        |          |     | Awning                 | 12/27/07 | 1,250   |
|        |          |     | Paving                 | 5/12/08  | 12,671  |
|        |          |     | Rethermalizer          | 9/8/08   | 904     |
|        |          |     | Menu Board             | 11/3/08  | 390     |

13

|  |  |  |  |  | 200,193 |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| **8075** | **Blackstock** | **SC** | Ice Machine | 7/11/01 | 598 |
|  |  |  | FF & E Package | 12/1/04 | 340,000 |
|  |  |  | Land Improv | 3/6/05 | 3,682 |
|  |  |  | LIMP | 6/8/05 | 1,990 |
|  |  |  | POS Machine | 3/27/07 | 5,553 |
|  |  |  | Rethermalizer | 9/18/08 | 813 |
|  |  |  | Menu Board | 11/3/08 | 390 |
|  |  |  |  |  | 353,026 |
|  |  |  |  |  |  |
| **8188** | **Greer** | **SC** | FF & E | 8/31/03 | 272,227 |
|  |  |  | Restaurant Equip | 9/4/03 | 1,029 |
|  |  |  | Desk | 12/24/03 | 210 |
|  |  |  | Landscaping | 5/11/05 | 2,538 |
|  |  |  | Ice Cream Machine | 2/9/06 | 3,682 |
|  |  |  | POS Machine | 3/27/07 | 5,553 |
|  |  |  | Menu Board | 11/3/08 | 390 |
|  |  |  | JAK Foods | 11/14/08 | 1,111 |
|  |  |  | Rethermalizer | 12/4/08 | 645 |
|  |  |  |  |  | 287,385 |
|  |  |  |  |  |  |
| **31479** | **Mauldin** | **SC** | Furn Fix Pkg | 4/23/08 | 7,572 |
|  |  |  | Mgr Computer | 4/23/08 | 2,002 |
|  |  |  | Purchase LI | 4/23/08 | 7,329 |
|  |  |  | Rethermalizer | 9/15/08 | 644 |
|  |  |  | Menu Board | 11/3/08 | 390 |
|  |  |  |  |  | 17,937 |
|  |  |  |  |  |  |
| **31484** | **Schockley Ferry SC** |  | Furn Fix Pkg | 4/23/08 | 7,572 |
|  |  |  | Mgrs Computer | 4/23/08 | 2,002 |
|  |  |  | Purchse LI | 4/23/08 | 3,316 |
|  |  |  | Kitchen Floor | 8/8/08 | 2,750 |
|  |  |  | Rethermalizer | 9/16/08 | 875 |
|  |  |  | Awning | 10/15/09 | 2,208 |
|  |  |  | Menu Board | 11/3/08 | 390 |
|  |  |  | Remodel | 9/1/09 | 23,328 |
|  |  |  |  |  | 42,441 |

14

| 31485 | **Easley** | **SC** | Furn Fix Package | 4/23/08 | 8,136 |
| | | | Mgrs Computer | 4/23/08 | 2,002 |
| | | | Purchase LI | 4/23/08 | 6,417 |
| | | | Rethermalizer | 9/10/08 | 1,186 |
| | | | Freezer Door | 10/9/08 | 2,877 |
| | | | Menu Board | 11/3/08 | 390 |
| | | | JAK Foods | 11/14/08 | 1,111 |
| | | | Hot Water Heater | 5/15/09 | 2,805 |
| | | | | | 24,924 |
| 31486 | **North Main** | **SC** | Furn Fix Pkg | 4/23/08 | 7,650 |
| | | | Mgr Computer | 4/23/08 | 2,002 |
| | | | Purchase LI | 4/23/08 | 2,165 |
| | | | Menu Board | 11/3/08 | 390 |
| | | | Hot Water Heater | 11/12/08 | 2,600 |
| | | | | | 14,807 |
| 31487 | **White Horse** | **SC** | Furn Fix & Package | 4/23/08 | 7,572 |
| | | | Mgr Computer | 4/23/08 | 2,002 |
| | | | Purchase LI | 4/23/08 | 1,876 |
| | | | Rethermalizer | 9/17/08 | 636 |
| | | | Menu Board | 11/3/08 | 390 |
| | | | Hot Water Heater | 6/5/09 | 2,221 |
| | | | | | 14,697 |
| **Gen & Admin** | **Brixton** | **SC** | Computer | 1/18/00 | 1,304 |
| | | | Desk | 2/8/00 | 950 |
| | | | CD Burner | 8/13/01 | 192 |
| | | | Printer-Fax | 2/14/05 | 681 |
| | | | Phone and Desk | 3/18/05 | 199 |
| | | | Desk Furniture | 11/30/05 | 2,565 |
| | | | Computer | 2/7/08 | 1,343 |
| | | | 4 Laptops | 5/1/08 | 2,441 |
| | | | Printer | 5/27/08 | 642 |
| | | | Office Computer | 1/4/09 | 697 |
| | | | | | 11,014 |
| 8158 | **Gaffney** | **SC** | Site Plans- Gaffney | 9/4/03 | 400 |

15

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | FF & E Package | 6/1/04 | 284,977 |
|  |  |  | Gaffney Outdoor Sign | 1/25/06 | 15,080 |
|  |  |  | Ice Cream Machine | 2/9/06 | 3,682 |
|  |  |  | APW Well Refrigerator | 3/14/07 | 1,046 |
|  |  |  | POS Machine | 3/27/07 | 5,553 |
|  |  |  | RSI | 7/18/08 | 1,382 |
|  |  |  | Rethermalizer | 9/18/08 | 675 |
|  |  |  | Menu Board | 11/3/08 | 390 |
|  |  |  | JAK Foods | 11/14/08 | 1,111 |
|  |  |  | Multiplex used | 2/11/09 | 1,500 |
|  |  |  | DT LCD Terminal | 8/25/09 | 882 |
|  |  |  |  |  | 316,678 |
| **31002** | **Cherryville** | **SC** | Improv | 6/30/05 | 3,442 |
|  |  |  | Equipment Pack | 9/1/05 | 330,952 |
|  |  |  | RSI | 12/27/07 | 2,008 |
|  |  |  | Rethermalizer | 9/15/08 | 582 |
|  |  |  | Menu Board | 11/3/08 | 390 |
|  |  |  | Terminal & Display | 5/20/09 | 2,013 |
|  |  |  |  |  | 339,387 |

**Grand Total**                                                          **2,789,718**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Carolina Seafood, Inc. - South, Inc.,

Debtor.

Case No. 09-03165-dd

Chapter 11

## EXHIBIT B

| Carolina Seafood, Inc - CST & CSS<br>July 2010 - June 2011 Forecast | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | 12 months<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR #1 | | | | | | | | | | | | | |
| Sales | 1,167,977 | 868,926 | 849,044 | 1,075,036 | 836,655 | 637,566 | 1,045,316 | 991,581 | 1,826,105 | 1,201,455 | 940,137 | 955,495 | 11,816,797 |
| Avg Weekly Sales | 233,595 | 222,232 | 212,261 | 215,007 | 209,164 | 209,392 | 209,063 | 247,770 | 257,826 | 240,291 | 235,034 | 238,874 | |
| Cost of Goods Sold | 385,432 | 293,345 | 280,185 | 354,762 | 276,096 | 276,397 | 344,954 | 327,057 | 339,275 | 396,480 | 310,245 | 315,313 | 3,899,542 |
| 33.00% | | | | | | | | | | | | | |
| Total Labor | 298,900 | 238,120 | 235,200 | 294,000 | 235,200 | 235,200 | 308,000 | 274,000 | 260,000 | 295,000 | 236,000 | 240,000 | 3,142,620 |
| incl wages, taxes,  & benefits | | | | | | | | | | | | | |
| Avg Weekly Labor $ | 59,780 | 59,780 | 58,800 | 58,800 | 58,800 | 58,800 | 60,000 | 68,500 | 65,000 | 59,000 | 59,000 | 60,000 | |
| Other Operating Expenses | 124,214 | 124,214 | 124,214 | 124,214 | 124,214 | 124,214 | 125,469 | 125,469 | 125,469 | 125,469 | 125,469 | 125,469 | 1,498,096 |
| Occupancy, incl Property Tax | 110,125 | 110,125 | 110,125 | 110,125 | 110,125 | 110,125 | 111,237 | 111,237 | 111,237 | 111,237 | 111,237 | 111,237 | 1,328,172 |
| Franchisor Advertising | 58,399 | 44,446 | 42,452 | 53,752 | 41,833 | 41,878 | 52,266 | 49,554 | 51,405 | 60,073 | 47,007 | 47,775 | 590,840 |
| Franchisee Royalties | 51,391 | 39,113 | 37,358 | 47,302 | 36,813 | 38,653 | 45,994 | 43,606 | 45,237 | 52,864 | 41,366 | 42,042 | 519,939 |
| Income  Beverage Syrup Rebates | | | | | | | 29,750 | - | - | 100,000 | - | - | 129,750 |
| General & Admnistrative | 47,516 | 40,687 | 40,687 | 47,516 | 40,687 | 40,687 | 47,996 | 41,098 | 41,098 | 47,996 | 41,098 | 41,098 | 518,164 |
| EBITDA | 92,000 | (2,123) | (21,177) | 43,366 | (25,313) | (27,767) | 44,585 | 16,614 | 51,907 | 209,386 | 25,371 | 36,162 | 449,171 |
| Debt Service | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 278,400 |
| Net Income After Sec Debt Svc | 68,800 | (25,323) | (44,377) | 20,166 | (51,513) | (50,967) | 21,385 | (6,586) | 28,707 | 186,186 | 2,171 | 6,982 | 170,771 |
| Estate Debt | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 80,976 |
| Net Income After Estate Debt | 62,052 | (32,071) | (51,125) | 13,418 | (58,261) | (57,735) | 14,637 | (13,334) | 21,959 | 179,438 | (4,577) | 234 | 89,795 |

17

| Carolina Seafood, Inc - CST & CSS July 2011 - June 2012 Forecast YEAR #2 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | 12 months Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 1,191,337 | 906,707 | 866,025 | 1,096,537 | 853,388 | 854,319 | 1,066,222 | 1,010,903 | 1,048,667 | 1,225,454 | 956,940 | 974,885 | 12,053,132 |
| Avg Weekly Sales | 238,363 | 226,787 | 216,563 | 219,395 | 213,433 | 213,685 | 213,244 | 252,726 | 262,167 | 245,097 | 239,755 | 243,851 | |
| Cost of Goods Sold 33.30% | 396,715 | 361,933 | 288,386 | 365,147 | 284,178 | 284,488 | 355,052 | 336,631 | 349,206 | 408,086 | 319,327 | 324,543 | 4,013,693 |
| Total Labor incl wages, taxes, & benefits | 304,878 | 243,902 | 239,904 | 299,680 | 239,904 | 239,904 | 308,000 | 279,480 | 265,200 | 500,900 | 240,720 | 244,880 | 3,205,472 |
| Avg Weekly Labor $ | 60,976 | 60,976 | 59,976 | 59,976 | 59,976 | 59,976 | 61,200 | 69,870 | 66,300 | 60,180 | 60,180 | 61,200 | |
| Other Operating Expenses | 125,469 | 125,469 | 125,469 | 125,469 | 125,469 | 125,469 | 127,978 | 127,978 | 127,978 | 127,978 | 127,978 | 127,978 | 1,520,684 |
| Occupancy, incl Property Tax | 111,237 | 111,237 | 111,237 | 111,237 | 111,237 | 111,237 | 111,407 | 111,407 | 111,407 | 111,407 | 111,407 | 111,407 | 1,335,865 |
| Franchisor Advertising | 60,778 | 46,268 | 44,208 | 55,995 | 43,575 | 43,583 | 53,311 | 50,545 | 52,433 | 61,274 | 47,947 | 48,730 | 608,640 |
| Franchisee Royalties | 54,220 | 41,283 | 39,443 | 49,986 | 38,897 | 38,880 | 46,914 | 44,480 | 46,141 | 53,921 | 42,193 | 42,880 | 539,242 |
| Income: Beverage Syrup Rebates | - | - | - | - | - | - | 30,345 | - | - | 102,000 | - | - | 132,345 |
| General & Administrative | 47,996 | 41,098 | 41,098 | 47,996 | 41,098 | 41,098 | 48,956 | 41,920 | 41,920 | 48,956 | 41,920 | 41,920 | 526,976 |
| EBITDA | 93,815 | (1,820) | (20,979) | 44,292 | (26,279) | (27,644) | 46,949 | 18,462 | 54,381 | 214,961 | 27,447 | 32,343 | 435,904 |
| Debt Service | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 278,400 |
| Net Income After Debt Service | 70,615 | (24,820) | (44,179) | 21,092 | (61,475) | (50,844) | 23,749 | (4,738) | 31,151 | 191,761 | 4,247 | 9,143 | 157,504 |
| Estate Debt | 6,748 | 6,748 | 6,748 | 6,748 | 6,745 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 80,976 |
| Net Income After Estate Debt | 63,867 | (31,568) | (50,927) | 14,344 | (58,226) | (57,592) | 17,001 | (11,486) | 24,433 | 186,013 | (2,501) | 2,396 | 76,526 |

| Carolina Seafood, Inc - CST & CSS July 2012 - June 2013 Forecast YEAR #3 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | 12 months Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 1,215,163 | 924,841 | 883,345 | 1,118,467 | 870,456 | 871,406 | 1,087,547 | 1,031,121 | 1,069,641 | 1,249,963 | 976,118 | 994,097 | 12,294,195 |
| Avg Weekly Sales | 243,033 | 231,210 | 220,836 | 223,693 | 217,614 | 217,851 | 217,509 | 257,780 | 267,410 | 249,999 | 244,530 | 248,524 | |
| Cost of Goods Sold 33.40% | 405,865 | 308,897 | 295,037 | 373,568 | 290,732 | 291,050 | 363,241 | 344,394 | 357,260 | 417,495 | 326,692 | 332,028 | 4,106,261 |
| Total Labor incl wages, taxes, & benefits | 310,976 | 248,780 | 244,702 | 305,878 | 244,702 | 244,702 | 312,120 | 285,070 | 270,504 | 306,915 | 245,534 | 249,698 | 3,269,582 |
| Avg Weekly Labor $ | 62,195 | 62,195 | 61,176 | 61,176 | 61,176 | 61,176 | 62,424 | 71,267 | 67,626 | 61,384 | 61,384 | 62,424 | |
| Other Operating Expenses | 127,978 | 127,978 | 127,978 | 127,978 | 127,978 | 127,978 | 130,538 | 130,538 | 130,538 | 130,538 | 130,538 | 130,538 | 1,551,096 |
| Occupancy, incl Property Tax | 111,407 | 111,407 | 111,407 | 111,407 | 111,407 | 111,407 | 111,576 | 111,576 | 111,576 | 111,576 | 111,576 | 111,576 | 1,327,509 |
| Franchisor Advertising | 61,993 | 47,194 | 45,064 | 57,115 | 44,447 | 44,455 | 54,377 | 51,556 | 53,462 | 62,500 | 48,906 | 49,705 | 620,813 |
| Franchisee Royalties | 55,305 | 42,109 | 40,232 | 50,985 | 39,675 | 39,658 | 47,552 | 45,369 | 47,064 | 55,000 | 43,037 | 43,740 | 550,027 |
| Income: Beverage Syrup Rebates | - | - | - | - | - | - | 30,952 | - | - | 104,040 | - | - | 134,992 |
| General & Administrative | 48,956 | 41,920 | 41,920 | 48,956 | 41,920 | 41,920 | 49,935 | 42,758 | 42,758 | 49,935 | 42,758 | 42,758 | 536,495 |
| EBITDA | 92,684 | (3,445) | (23,015) | 42,580 | (30,406) | (29,764) | 48,656 | 19,887 | 56,458 | 220,066 | 29,075 | 34,054 | 457,002 |
| Debt Service | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 278,400 |
| Net Income After Debt Service | 69,484 | (26,645) | (46,216) | 19,380 | (53,606) | (52,964) | 25,656 | (3,343) | 33,256 | 196,866 | 5,875 | 10,854 | 178,602 |
| Estate Debt | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 80,976 |
| Net Income After Estate Debt | 62,736 | (33,393) | (52,964) | 12,632 | (60,354) | (59,712) | 18,910 | (10,091) | 26,508 | 190,120 | (673) | 4,106 | 97,626 |

18

| Caroline Seafood, Inc - CST & CSS July 2013 - June 2014 Forecast YEAR #4 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | 12 months Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 1,239,487 | 943,338 | 901,012 | 1,140,837 | 887,865 | 888,834 | 1,109,297 | 1,051,743 | 1,291,033 | 1,274,993 | 997,681 | 1,013,979 | 12,540,079 |
| Avg Weekly Sales | 247,895 | 235,834 | 225,253 | 228,167 | 221,966 | 222,208 | 221,859 | 262,936 | 272,758 | 254,999 | 249,420 | 253,495 | |
| Cost of Goods Sold | 417,086 | 317,423 | 303,191 | 583,892 | 298,767 | 299,093 | 373,279 | 353,912 | 367,133 | 429,035 | 335,729 | 341,204 | 4,219,737 |
| 33.65% | | | | | | | | | | | | | |
| Total Labor incl wages, taxes, & benefits | 317,195 | 253,756 | 249,596 | 311,995 | 249,596 | 249,596 | 318,362 | 290,771 | 275,914 | 313,056 | 259,445 | 254,690 | 3,334,973 |
| Avg Weekly Labor $ | 63,439 | 63,439 | 62,399 | 62,399 | 62,399 | 62,399 | 63,672 | 72,693 | 68,979 | 62,611 | 62,611 | 63,672 | - |
| Other Operating Expenses | 130,538 | 130,538 | 130,538 | 130,538 | 130,538 | 130,538 | 133,149 | 133,149 | 133,149 | 133,149 | 133,149 | 133,149 | 1,582,120 |
| Occupancy, incl Property Tax | 111,578 | 111,578 | 111,578 | 111,578 | 111,578 | 111,578 | 111,748 | 111,748 | 111,748 | 111,748 | 111,748 | 111,748 | 1,339,956 |
| Franchisor Advertising | 63,233 | 46,136 | 45,986 | 58,257 | 45,336 | 45,344 | 55,465 | 52,587 | 54,552 | 63,759 | 49,884 | 50,699 | 633,230 |
| Franchisee Royalties | 56,411 | 42,951 | 41,037 | 52,005 | 40,469 | 40,451 | 48,809 | 46,277 | 48,005 | 56,109 | 43,898 | 44,615 | 561,027 |
| Income Beverage Syrup Rebates | - | - | - | - | - | - | 31,571 | - | - | 106,121 | - | - | 137,692 |
| General & Administrative | 49,935 | 42,758 | 42,758 | 49,935 | 42,758 | 42,758 | 50,934 | 43,614 | 43,614 | 50,934 | 43,614 | 43,614 | 547,225 |
| EBITDA | 93,497 | (3,815) | (23,671) | 42,638 | (31,176) | (30,524) | 49,123 | 19,886 | 56,919 | 223,342 | 29,224 | 34,261 | 459,503 |
| Debt Service | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 278,400 |
| Net Income After Debt Service | 70,297 | (27,015) | (46,871) | 19,438 | (54,376) | (53,724) | 25,923 | (3,514) | 33,719 | 200,142 | 6,024 | 11,061 | 181,103 |
| Estate Debt | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 80,976 |
| Net Income After Estate Debt | 63,549 | (33,763) | (53,619) | 12,690 | (61,124) | (60,472) | 19,175 | (10,262) | 26,971 | 193,394 | (724) | 4,313 | 100,127 |

| Caroline Seafood, Inc - CST & CSS July 2014 - June 2015 Forecast YEAR #5 | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | 12 months Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 1,264,256 | 962,204 | 919,033 | 1,163,654 | 905,622 | 906,611 | 1,131,483 | 1,072,778 | 1,112,654 | 1,300,493 | 1,017,634 | 1,034,259 | 12,790,861 |
| Avg Weekly Sales | 252,851 | 240,551 | 229,758 | 232,731 | 226,406 | 226,653 | 226,297 | 268,194 | 278,214 | 260,099 | 254,409 | 258,565 | |
| Cost of Goods Sold | 426,583 | 326,187 | 311,552 | 394,479 | 307,006 | 307,341 | 363,573 | 363,872 | 377,258 | 440,867 | 344,978 | 350,614 | 4,336,109 |
| 33.90% | | | | | | | | | | | | | |
| Total Labor incl wages, taxes, & benefits | 323,539 | 258,831 | 254,588 | 318,235 | 254,588 | 254,588 | 324,730 | 296,586 | 281,432 | 319,317 | 265,454 | 259,784 | 3,411,673 |
| Avg Weekly Labor $ | 64,708 | 64,708 | 63,647 | 63,647 | 63,647 | 63,647 | 64,946 | 74,147 | 70,358 | 63,863 | 63,863 | 64,946 | |
| Other Operating Expenses | 133,149 | 133,149 | 133,149 | 133,149 | 133,149 | 133,149 | 135,812 | 135,812 | 135,812 | 135,812 | 135,812 | 135,812 | 1,613,762 |
| Occupancy, incl Property Tax | 111,748 | 111,748 | 111,748 | 111,748 | 111,748 | 111,748 | 111,919 | 111,919 | 111,919 | 111,919 | 111,919 | 111,919 | 1,342,006 |
| Franchisor Advertising | 64,498 | 49,100 | 48,906 | 59,422 | 46,243 | 46,251 | 56,574 | 53,639 | 55,643 | 65,025 | 50,882 | 51,713 | 645,894 |
| Franchisee Royalties | 57,539 | 43,810 | 41,857 | 53,045 | 41,276 | 41,260 | 49,785 | 47,202 | 48,966 | 57,222 | 44,776 | 45,507 | 572,248 |
| Income Beverage Syrup Rebates | - | - | - | - | - | - | 32,202 | - | - | 108,243 | - | - | 140,446 |
| General & Administrative | 50,934 | 43,614 | 43,614 | 50,934 | 43,614 | 43,614 | 51,952 | 44,486 | 44,486 | 51,952 | 44,486 | 44,486 | 558,170 |
| EBITDA | 94,267 | (4,236) | (24,361) | 42,642 | (32,003) | (31,342) | 49,340 | 19,462 | 57,339 | 226,622 | 29,328 | 34,424 | 461,464 |
| Debt Service | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 23,200 | 278,400 |
| Net Income After Debt Service | 71,067 | (27,436) | (47,561) | 19,442 | (55,203) | (54,540) | 26,140 | (3,738) | 34,139 | 203,422 | 6,128 | 11,224 | 183,064 |
| Estate Debt | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 6,748 | 80,976 |
| Net Income After Estate Debt | 64,319 | (34,184) | (54,329) | 12,694 | (61,951) | (61,288) | 19,392 | (10,486) | 27,391 | 196,674 | (620) | 4,476 | 102,088 |

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Carolina Seafood, Inc. - South, Inc.,

                                        Debtor.

Case No. 09-03165-dd

Chapter 11

# EXHIBIT C

**ASSETS**

| | | |
|---|---|---:|
| **Current Assets** | | |
| Cash in Bank | $ | 438,676 |
| Inventory | | 160,772 |
| Prepaid Expenses | | 57,696 |
| Other Current Assets | | 34,658 |
| **Total Current Assets** | | 691,802 |
| | | |
| **Fixed Assets** | | |
| Land Improvements | | 34,826 |
| Leasehold Improvements | | 397,448 |
| Furn, Fixt, & Equipment | | 2,357,445 |
| Accumulated Depreciation | | (1,472,071) |
| **Total Fixed Assets - Net** | | 1,317,647 |
| | | |
| **Other Assets** | | |
| Intangible Assets | | 1,187,500 |
| Accumulated Amortization | | (719,105) |
| Utility Deposit | | 500 |
| **Total Other Assets** | | 468,895 |
| | | |
| **TOTAL ASSETS** | $ | 2,478,345 |

**LIABILITIES & EQUITY**

| | |
|---|---:|
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | 703,957 |
| Current Portion of Note | 99,200 |
| Sales Tax Payable | 62,586 |
| Intercompany Payables - Net | 539,590 |
| Payroll and Payroll Taxes | 80,477 |
| Employee Benefits Payable | 2,628 |
| Accrued Property Taxes | 55,156 |
| **Total Current Liabilities** | 1,543,594 |

20

| | | |
|---|---|---:|
| **Long Term Liabilities** | | |
| **Loan from Shareholder** | | 103,018 |
| **Note Payable - First National** | | 1,576,647 |
| **Less Current Portion of Note** | | (99,200) |
| **Total Long Term Liabilities** | | 1,580,465 |
| | | |
| **Total Liabilities** | | 3,124,059 |
| | | |
| **Equity** | | |
| **Common Stock** | | 20,000 |
| **Retained Earnings** | | (665,714) |
| **Total Equity** | | (645,714) |
| | | |
| **TOTAL LIABILITIES & EQUITY** | $ | 2,478,345 |

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Carolina Seafood, Inc. - South, Inc.,

Case No. 09-03165-dd

Chapter 11

Debtor.

## EXHIBIT D
## CLAIMS OF CREDITORS
### Net after Assumption of Executory Contracts

| Claimant | Secured | Priority | Unsecured |
|---|---|---|---|
| BB&T | $ 613.64 | | |
| Great America Leasing | $ 15,097.14 | | |
| BB&T | $ 46,341.00 | | |
| Community South | $ 964,341.74 | | |
| First National Bank of the South | $1,639,573.00 | | |
| UPS | | $ 94.24 | $ 39.76 |
| BJU Campus Media | | | $ 318.00 |
| Cintas | | | $ 616.52 |
| Daisy Outdoor Advertising | | | $ 1,600.00 |
| Air-Vent Exteriors | | | $ 2,207.88 |
| ValPak | | | $ 3,060.00 |
| Gaffney Ledger | | | $ 3,393.99 |
| Charter Media | | | $ 30,407.00 |
| Satilla Investments | | | $ 770,262.41 |
| | $ 2,665,966.52 | $ 94.24 | $ 811,905.56 |