**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 10-00878-hb

ORDER OF CONFIRMATION

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**09/26/2010**



US Bankruptcy Judge
District of South Carolina

Entered: 09/28/2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| Carolina Seafood, Inc. - South ) | CASE NO: 10-00878-hb |
| ) | |
| ) | ORDER OF CONFIRMATION |
| Debtor(s). ) | |

      The plan filed by the debtor under chapter 11 of the Bankruptcy Code on June 23, 2010, or a summary thereof, having been transmitted to the creditors and equity security holders, and

      It having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. 1129(a) and § 1228(b) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (119 Stat. 23 § 1128) have been satisfied,

      **IT IS ORDERED** that the plan filed by the debtor, on June 23, 2010, is confirmed.

      **IT IS FURTHER ORDERED** that the debtor:

      (1) file, with the clerk of this court, pursuant to Fed. R. Bankr. P. 2015(a) and SC LBR 2015-3, until the case is closed, a monthly operating report in a form satisfactory to the United States Trustee. The report must include any action taken toward the consummation of the plan;

      (2) continue to pay the required quarterly fees to the United States Trustee until the case has been converted or dismissed, whichever occurs first;

      (3) file, within 90 days after the entry of the order:

            (a) an application for final decree,
            (b) a report of substantial consummation,
            (c) a final report,
            (d) objections to proof of claim or interest against the debtor estate,
            (e) amendments to the plan,
            (f) a motion requesting an extension of the 90-day period,
            (g) any fee applications.

C11-312:06/01/10